Chess's Appeal.

Argued October 1, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

274

*Owen S. Cecil,* for appellants.

*Wm. Alvah Stewart, Jr.,* Assistant City Solicitor, with him *Ward Bonsall,* City Solicitor, for appellee.

PER CURIAM, November 26, 1934:
We concur in the order made by the court below and since in the opinion filed satisfactory reasons are set forth in support of the order, no further discussion is required.

Order affirmed.